**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**ARAMARK SERVICES, INC., ARAMARK UNIFORM AND CAREER APPAREL, INC., ARAMARK EMPLOYEE WELFARE BENEFIT PLAN, ARAMARK UNIFORM SERVICES EMPLOYEE WELFARE BENEFIT PLAN, ARAMARK SERVICES, INC. GROUP HEALTH PLAN, ARAMARK UNIFORM SERVICES HEALTH AND WELFARE PLAN, ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE;**

**WHIRLPOOL CORPORATION WELFARE BENEFITS COMMITTEE, WHIRLPOOL CORPORATION, WHIRLPOOL CORPORATION GROUP BENEFIT PLAN, AND WHIRLPOOL CORPORATION GROUP BENEFIT PLAN FOR RETIREES;**

**W.W. GRAINGER, INC., W.W. GRAINGER, INC. GROUP BENEFIT PLAN I, W.W. GRAINGER, INC. GROUP BENEFIT PLAN II;**

**KRAFT HEINZ FOODS COMPANY, KRAFT HEINZ COMPANY GROUP BENEFITS PLAN, KRAFT HEINZ COMPANY RETIREE GROUP BENEFITS PLAN, THE KRAFT HEINZ COMPANY EMPLOYEE BENEFITS ADMINISTRATION BOARD;**

**RALPH LAUREN CORPORATION, RALPH LAUREN CORPORATION EMPLOYEE BENEFIT PLAN;**

**STERLING JEWELERS, INC., STERLING JEWELERS, INC. EMPLOYEE BENEFIT PLAN, STERLING JEWELERS, INC. HEALTH & WELFARE BENEFITS COMMITTEE;**

**Plaintiffs,**

**v.**

**UNITED HEALTH GROUP INCORPORATED; HEALTHSCOPE BENEFITS, INC., UNITED HEALTHCARE SERVICES, INC.; UNITED**

**No. 2:26-cv-00949**

**COMPLAINT**

**JURY TRIAL DEMAND**

**MEDICAL RESOURCES, INC.; UNITEDHEALTHCARE SERVICE LLC; UNITED HEALTHCARE INSURANCE COMPANY,**

**Defendants.**

**PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBITS UNDER SEAL**

1. Plaintiffs Aramark Services, Inc.; Aramark Uniform and Career Apparel, Inc.; Aramark Employee Welfare Benefit Plan; Aramark Uniform Services Employee Welfare Benefit Plan; Aramark Benefits Compliance Review Committee; Whirlpool Corporation; Whirlpool Corporation Welfare Benefits Committee; Whirlpool Corporation Group Benefit Plan; Whirlpool Corporation Group Benefit Plan for Retirees; W.W. Grainger, Inc.; W.W. Grainger Inc., Group Benefit Plan I; W.W. Grainger Inc., Group Benefit Plan II; Kraft Heinz Foods Company; Kraft Heinz Company Group Benefits Plan; Kraft Heinz Company Retiree Group Benefits Plan; The Kraft Heinz Company Employee Benefits Administration Board; Ralph Lauren Corporation; Ralph Lauren Corporation Employee Benefit Plan; Sterling Jewelers, Inc.; Sterling Jewelers, Inc. Employee Benefit Plan; and Sterling Jewelers, Inc. Health & Welfare Benefits Committee (collectively, "Plaintiffs") seek leave to file under seal their Complaint for breach of fiduciary duty under ERISA against Defendants United Health Group; United HealthCare Services, Inc. ("United Healthcare"); UnitedHealthCare Service LLC; United HealthCare Insurance Company; Healthscope Benefits, Inc. ("Healthscope"); and United Medical Resources Inc. ("UMR") (collectively, "United" or "Defendants").

2. Plaintiffs seek to file the complaint and associated exhibits under seal because they may contain confidential and competitively sensitive terms amounts between the parties, as well as other potentially competitively sensitive information that the filing parties agreed not to disclose.

3. Within seven days of filing under temporary seal, Plaintiffs will file a redacted copy of the Complaint pursuant to Local Rule CV-5(a)(7) of the United States District Court for the Eastern District of Texas.

4. Additionally, Plaintiffs respectfully request that the Court grant leave to seal the Exhibits attached to the Complaint in their entirety, as such Exhibits may contain confidential and competitively sensitive terms amounts between the parties, as well as other potentially competitively sensitive information that the filing parties agreed not to disclose.

5. For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Motion and permit the filing of Plaintiffs' Complaint and the associated Exhibits under seal.

Dated: October 20, 2026

Respectfully submitted,

*_/s/ Jennifer Truelove_*
Jennifer Truelove
Texas Bar No. 24012906
MCKOOL SMITH, P.C.
jtruelove@mckoolsmith.com
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903-923-9000
Telecopier: 903-923-9099

David I. Schiefelbein
New York State Bar No. 4767398
dschiefelbein@mckoolsmith.com
Eric B. Halper
New York State Bar No. 3048360
ehalper@mckoolsmith.com
**MCKOOL SMITH, PC**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Jon Corey
jcorey@mckoolsmith.com
D.C. Bar No. 491311
MCKOOL SMITH, PC
1999 K Street, N.W., Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

Robert M. Manley
Texas State Bar No. 787955
rmanley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

***Attorneys for Plaintiffs***
*Aramark Services, Inc.*
*Aramark Uniform And Career Apparel, Inc.*
*Aramark Employee Welfare Benefit Plan*
*Aramark Uniform Services Employee Welfare Benefit Plan*
*Aramark Uniform Services Health and Welfare Plan*
*Aramark Services, Inc. Group Health Plan*
*Aramark Benefits Compliance Review Committee*
*W.W. Grainger, Inc.*
*W.W. Grainger, Inc. Group Benefit Plan I*
*W.W. Grainger, Inc. Group Benefit Plan II*
*Kraft Heinz Foods Company*
*Kraft Heinz Company Group Benefits Plan*
*Kraft Heinz Company Retiree Group Benefits Plan*
*The Kraft Heinz Company Employee Benefits Administration Board*
*Ralph Lauren Corporation*
*Ralph Lauren Corporation Employee Benefit Plan*
*Sterling Jewelers, Inc.*
*Sterling Jewelers, Inc. Employee Benefit Plan*
*Whirlpool Corporation*
*Whirlpool Corporation Welfare Benefits Committee*
*Whirlpool Corporation Group Benefit Plan*
*Whirlpool Corporation Group Benefit Plan for Retirees*