**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

**ARAMARK SERVICES, INC., ARAMARK UNIFORM AND CAREER APPAREL, INC., ARAMARK EMPLOYEE WELFARE BENEFIT PLAN, ARAMARK UNIFORM SERVICES EMPLOYEE WELFARE BENEFIT PLAN; ARAMARK SERVICES, INC. GROUP HEALTH PLAN, ARAMARK UNIFORM SERVICES HEALTH AND WELFARE PLAN, ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE;**

**WHIRLPOOL CORPORATION WELFARE BENEFITS COMMITTEE, WHIRLPOOL CORPORATION, WHIRLPOOL CORPORATION GROUP BENEFIT PLAN, AND WHIRLPOOL CORPORATION GROUP BENEFIT PLAN FOR RETIREES;**

**W.W. GRAINGER, INC., W.W. GRAINGER, INC. GROUP BENEFIT PLAN I, W.W. GRAINGER, INC. GROUP BENEFIT PLAN II;**

**KRAFT HEINZ FOODS COMPANY, KRAFT HEINZ COMPANY GROUP BENEFITS PLAN, KRAFT HEINZ COMPANY RETIREE GROUP BENEFITS PLAN, THE KRAFT HEINZ COMPANY EMPLOYEE BENEFITS ADMINISTRATION BOARD;**

**RALPH LAUREN CORPORATION, RALPH LAUREN CORPORATION EMPLOYEE BENEFIT PLAN;**

**STERLING JEWELERS, INC., STERLING JEWELERS, INC. EMPLOYEE BENEFIT PLAN; STERLING JEWELERS, INC. HEALTH & WELFARE BENEFITS COMMITTEE;**

**Plaintiffs,**

**v.**

**UNITED HEALTH GROUP INCORPORATED; HEALTHSCOPE BENEFITS, INC., UNITED HEALTHCARE SERVICES, INC.; UNITED**

**No. 2:26-cv-00949**

**COMPLAINT**

**JURY TRIAL DEMAND**

**MEDICAL RESOURCES, INC.; UNITEDHEALTHCARE SERVICE LLC; UNITED HEALTHCARE INSURANCE COMPANY,**

**Defendants.**

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBITS UNDER SEAL**

ON THIS DAY came on to be considered the Plaintiffs Aramark Services, Inc.; Aramark Uniform and Career Apparel, Inc.; Aramark Employee Welfare Benefit Plan; Aramark Uniform Services Employee Welfare Benefit Plan; Aramark Benefits Compliance Review Committee; Whirlpool Corporation; Whirlpool Corporation Welfare Benefits Committee; Whirlpool Corporation Group Benefit Plan; Whirlpool Corporation Group Benefit Plan for Retirees; W.W. Grainger, Inc.; W.W. Grainger Inc., Group Benefit Plan I; W.W. Grainger Inc., Group Benefit Plan II; Kraft Heinz Foods Company; Kraft Heinz Company Group Benefits Plan; Kraft Heinz Company Retiree Group Benefits Plan; The Kraft Heinz Company Employee Benefits Administration Board; Ralph Lauren Corporation; Ralph Lauren Corporation Employee Benefit Plan; Sterling Jewelers, Inc.; Sterling Jewelers, Inc. Employee Benefit Plan; and Sterling Jewelers, Inc. Health & Welfare Benefits Committee (collectively, "Plaintiffs") Motion for Leave to File Complaint and Exhibits Under Seal. Having considered Plaintiffs' motion, the Court is of the opinion that the motion should be **GRANTED**.

Accordingly, Plaintiffs' Complaint and any accompanying exhibits shall be filed under seal. Plaintiffs shall file a redacted copy of the Complaint within seven days of the date of filing the Complaint under seal.