# EXHIBIT A

## Entire Document Redacted and Filed Under Seal