# EXHIBIT B

## Entire Document Redacted and Filed Under Seal