# EXHIBIT C

## Entire Document Redacted and Filed Under Seal