# EXHIBIT D

## Entire Document Redacted and Filed Under Seal