# EXHIBIT E

## Entire Document
## Redacted and Filed
## Under Seal