# EXHIBIT F

## Entire Document Redacted and Filed Under Seal