**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARAMARK SERVICES, INC., ET AL., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00949-JRG |
| | § | |
| UNITED HEALTH GROUP INCORPORATED, ET AL., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Agreed Motion for Extension of Time for Defendants to Answer, Move, or Otherwise Respond to Plaintiffs' Complaint (the "Motion") filed by Defendants United Health Group Incorporated; Healthscope Benefits, Inc.; United Healthcare Services, Inc.; United Medical Resources, Inc.; UnitedHealthcare Service LLC; and United Healthcare Insurance Company (collectively, "Defendants"). (Dkt. No. 12.) In the Motion, Defendants seek an extension of time to answer, move, or otherwise respond to Plaintiffs' complaint. (*Id.* at 1.) The requested extension would move the deadline from up to and including January 15, 2027. (*Id.*) The Motion is unopposed. (*Id.* at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendants to answer, move, or otherwise respond to Plaintiffs' complaint is **extended** up to and including January 15, 2027.

**So ORDERED and SIGNED this 19th day of November, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE